Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ  08052
856-482-5544
Fx: 856-482-5511
tegner@mcdowelllegal.com
Attorney for the Debtor

**Order Filed on July 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | CAMDEN DIVISION |
| Steven W. Buzby, | : | |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| Debtor (s). | : | Case No.: 19-20660 |
| | : | |
| | : | Hearing Date: July 16, 2019 |
| | : | |
| | : | Judge:  JNP |

**ORDER AUTHORIZING DEBTOR TO APPLY TO THE U.S.B.C. LOSS MITIGATION
PROGRAM OUTSIDE OF THE PRESCRIBED TIME PERIOD**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 16, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Steven W. Buzby
Case No: 19-20660
Proposed Order Authorizing Debtor to Apply to the Loss Mitigation Program Out Time.
Page 2 of 2

This matter having been presented to the Court upon the motion of Steven W. Buzby, by and through attorney, Thomas G. Egner, Esquire and for good cause it is

**ORDERED** that the Debtor is hereby authorized to apply to the U.S.B.C. Loss Mitigation Program outside the prescribed time period for the property commonly known as: **43 Beaver Drive, Barrington, NJ 08007.**