Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ  08052
856-482-5544
Fx: 856-482-5511
tegner@mcdowelllegal.com
Attorney for the Debtor



Order Filed on July 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | CAMDEN DIVISION |
| Steven W. Buzby, | : | |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| Debtor (s). | : | Case No.: 19-20660 |
| | : | |
| | : | Hearing Date: July 16, 2019 |
| | : | |
| | : | Judge:  JNP |

### ORDER AUTHORIZING DEBTOR TO APPLY TO THE U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 16, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Steven W. Buzby
Case No:  19-20660
Proposed Order Authorizing Debtor to Apply to the Loss Mitigation Program Out Time.
Page 2 of 2

This matter having been presented to the Court upon the motion of Steven W. Buzby, by and through attorney, Thomas G. Egner, Esquire and for good cause it is

**ORDERED** that the Debtor is hereby authorized to apply to the U.S.B.C. Loss Mitigation

Program outside the prescribed time period for the property commonly known as:  **43 Beaver Drive, Barrington, NJ 08007.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-20660-JNP
Steven W. Buzby                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 16, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db             +Steven W. Buzby,    43 Beaver Drive,    Barrington, NJ 08007-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Thomas G. Egner    on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com,
        kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
        om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4