UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bankr. Case No. 19-20660-JNP-13 |
| STEVEN W. BUZBY | Chapter 13 |
| Debtor(s) | |

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                Bankr. Case No. 19-20660-JNP-13

STEVEN W. BUZBY                                                      Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 24, 2019 :

    THOMAS G EGNER                                    Isabel C. Balboa
    46 W MAIN ST                                             535 Route 38
    MAPLE SHADE, NJ  08052                     Suite 580
                                                                  Cherry Hill, NJ 08002

                                                               By  /s/ Mandy Youngblood
                                                                          Mandy Youngblood

xxxxx73097 / 991107