**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**



**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

Order Filed on August 13, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

-----------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Steven W. Buzby, | : | Case No. 19-20660 |
| | : | Confirmation Hearing Date: August 21, 2019 at 10:00 A.M. |
| | : | Judge: JNP |
| Debtor(s). | : | |

-----------------------------------------------------X

**CONSENT ORDER DETERMINING THE EXTENT OF CLAIM 1-1**
**OF THE INTERNAL REVENUE SERVICE**

The parties hereto hereby consent and agree as follows:

1. On May 28, 2019, the Debtor, Steven W. Buzby ("Debtor") filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2. On June 6, 2019, the Internal Revenue Service ("IRS") filed an Secured Proof of Claim ("the Claim") in the amount of $33,177.21.

3. The IRS shall have an allowed Claim in the amount of $33,177.21 plus 4% interest in the amount of $3,483.00 for interest for a total amount of $36,660.21.

McDowell Law, PC                                    UNITED STATES OF AMERICA
*Attorneys for the Debtor*

By: /s/ Thomas G. Egner
    Thomas G. Egner

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**DATED: August 13, 2019**

1