UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

Order Filed on August 13, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

-------------------------------------------------X
In re:                                       :    Chapter 13
                                             :
Steven W. Buzby,                             :    Case No. 19-20660
                                             :
                                             :    Confirmation Hearing Date: August 21, 2019 at
                                             :                                10:00 A.M.
                                             :
                                             :    Judge: JNP
            Debtor(s).                       :
-------------------------------------------------X

### CONSENT ORDER DETERMINING THE EXTENT OF CLAIM 1-1
### OF THE INTERNAL REVENUE SERVICE

The parties hereto hereby consent and agree as follows:

1. On May 28, 2019, the Debtor, Steven W. Buzby ("Debtor") filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2. On June 6, 2019, the Internal Revenue Service ("IRS") filed an Secured Proof of Claim ("the Claim") in the amount of $33,177.21.

3. The IRS shall have an allowed Claim in the amount of $33,177.21 plus 4% interest in the amount of $3,483.00 for interest for a total amount of $36,660.21.

McDowell Law, PC                             UNITED STATES OF AMERICA
*Attorneys for the Debtor*

By: /s/ Thomas G. Egner
    Thomas G. Egner

**DATED: August 13, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

United States Bankruptcy Court
District of New Jersey

In re:  
Steven W. Buzby  
      Debtor

Case No. 19-20660-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 14, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.  
db          +Steven W. Buzby,    43 Beaver Drive,    Barrington, NJ 08007-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Thomas G. Egner     on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 5