*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| In Re:<br><br>STEVEN W. BUZBY<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 19-20660-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: October 02, 2019                                                               Respectfully submitted,

ICB:   KES
via first class mail:

    STEVEN W. BUZBY

*/s/ ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Chapter 13 Standing Trustee

## Certification of Business Debtor for Closed or Inactive Business
Sole Proprietorship, Limited Liability Company (LLC), Limited Liability Partnership (LLP), Partnership, or Corporation

Note: All field highlighted in red must be completed.

| | |
|---|---|
| Debtor(s) Name: | Steven Buzby |
| Case Number: | 19-20660 |
| E-Mail: | steve.buzby57@gmail.com |

I, as the Debtor(s) named above, being of full age & duly sworn upon my oath, depose and say:

| | |
|---|---|
| My business name was: | Lo Abba Floors LLC |
| The nature of my business was: | Flooring |
| My EIN* from the IRS was: (If no EIN#, enter last 4 digits of SS#) | 47-4367031 |

*EIN# = Employer Identification Number also known as a Federal Tax Identification Number, used to identify a business entity.

My business was a:
- ◯ Sole Proprietorship.
- ◯ Limited Liability Company.
- ⦿ Limited Liability Partnership.
- ◯ Partnership.
- ◯ Corporation.

| | |
|---|---|
| My business was located at: | 43 Beaver Dr Barrington, NJ 08007 |
| My business started (mm/dd/yyyy): | 12/19/2015 |
| My business ended (mm/dd/yyyy): | To Present |
| My ownership interest was (%): | 100 |

My business was:
- ◯ Dissolved or Cancelled
- ◯ Closed.
- ⦿ Inactive.
- ◯ Sold.

Federal Tax Returns have been filed with the IRS through the year ending:
- ◯ 12/31/2011.
- ◯ 12/31/2012.
- ◯ 12/31/2013.
- ◯ 12/31/2014.
- ◯ 12/31/2015.
- ◯ 12/31/2016.
- ◯ 12/31/2017.
- ⦿ 12/31/2018.
- ◯ 12/31/2019.
- ◯ 12/31/2020.
- ◯ Not Required.

| | | | |
|---|---|---|---|
| Corporate Tax Returns have been filed with the IRS through the year ending: | ○ 12/31/2011. | ○ 12/31/2012. | ○ 12/31/2013. |
| | ○ 12/31/2014. | ○ 12/31/2015. | ○ 12/31/2016. |
| | ○ 12/31/2017. | ○ 12/31/2018. | ○ 12/31/2019. |
| | ○ 12/31/2020. | ☑ Not Required. | |

My business had, other than the owner(s), partner(s), or share holders:
- ○ W-2 Employees.
- ○ Sub-Contractors for which 1099-MISC were issued.
- ○ Both Employees & Sub-Contractors.
- ○ Casual Laborers for which no 1099-MISC were required.
- ☑ No Employees or Sub-Contractors.

My business has filed <u>final</u> tax returns required by the IRS / State through the year ending:
- ○ 12/31/2011.   ○ 12/31/2012.   ○ 12/31/2013.
- ○ 12/31/2014.   ○ 12/31/2015   ○ 12/31/2016.
- ○ 12/31/2017.   ☑ 12/31/2018.   ○ 12/31/2019.
- ○ 12/31/2020.

(This includes annual return for the year you went out of business; final employment tax return & made final federal tax deposit on these taxes; annual tax return for the LLC, LLP, Partnership or Corporation; Schedule K-1s; & a report disposing of business property).

I have / had bank accounts in the name of my business as follows:
- ☑ Checking.
- ☐ Savings.
- ☐ Money Market.
- ☐ Federal Credit Union.
- ☐ Paypal Account.
- ☐ Other Account(s).
- ☐ No Account(s).

I have / had bank accounts in Debtor(s)' name or name of Non-Debtor spouse or significant other as follows:
- ☐ Checking.
- ☐ Savings.
- ☐ Money Market.
- ☐ Federal Credit Union.
- ☐ Custodial.
- ☐ Paypal Account.
- ☐ Other Account(s).
- ☑ No Account(s).

My business assets totaled (as of time of closing): < 10,000 >

My business:
- ○ has
- ☑ has not

complied with all State and Federal Requirements regarding the closure of this business. You should refer to the IRS's web-site(www.irs.gov/Businesses) and State of NJ's web-site (www.state.nj.gov/njbusiness/) for required procedures in closing a business.

**YOU MUST SUPPLY THE FOLLOWING DOCUMENT(S) WITH THIS CERTIFICATION OF BUSINESS DEBTOR:**

☐ PROVIDE THE CORPORATE DISSOLUTION OR LIQUIDATION (Form 966) FROM THE IRS or CERTIFCATE OF CANCELLATION (Form L-109) OR CERTIFICATE OF DISSOLUTION (Form C-159) FROM THE STATE OF NEW JERSEY.

☑ PROVIDE COPIES OF THE LAST TWO (2) YEARS TAX RETURNS, ALONG WITH ALL SUPPORTING SCHEDULES AND STATEMENTS. NOTE: Please redact SS#s (XXX-XX-1234), dependent(s)' names, and birth date.

☑ PROVIDE COPIES OF ALL BANK STATEMENTS FOR THE ONE (1) YEAR PRIOR TO FILING. IF THE ACCOUNT HAS BEEN CLOSED WITHIN THE YEAR, PROVIDE THE LAST STATEMENT SHOWING THE ACCOUNT CLOSED or A LETTER FROM THE BANK INDICATING SAME. NOTE: Bank statements should include all pages and have all account numbers redacted except for the last four digits. A computer printout will not be accepted.

---

I declare, as the Debtor(s) named above, under penalty of perjury that the foregoing information is true and correct.

☐ I have attached all required documents requested (i.e. Certificate of Cancellation, Tax Returns, Bank Statements.)

☐ I read and acknowledge Responsibilities as a Business Debtor (www.standingtrustee.com/forms).

☑ I understand that filing this documents under the Trustee's Filing System (T.F.S.) constitutes the Participant's signature for purposes of signing the document under Fed. R. Bankr. P. 9011.

/s/ Print Debtor's Name: Steven Burby    /s/ St-Byby

/s/ Print Co-Debtor's Name:

Dated (mm/dd/yyyy): 05/13/2019