| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor COOPERATIVE BUSINESS ASSISTANCE CORPORATION | Order Filed on October 18, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEVEN W. BUZBY,<br><br>                Debtor. | Case No.: 19-20660-JNP<br><br>Chapter: 13<br><br>Hrg Date:<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: October 18, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Steven W. Buzby
Case No. 19-20660-JNP
Caption of Order: Consent Order to Allow Late Claim

This matter having come before the Court upon agreement of COOPERATIVE BUSINESS ASSISTANCE CORPORATION ("CBAC") and Debtor Steven W. Buzby; ("Debtor"); Debtor being indebted to CBAC on a claim secured by a mortgage on real property; Debtor having proposed to pay CBAC on its secured claim in his confirmed plan and the Chapter 13 trustee having placed a reserve on such claim; and Debtor having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that CBAC may file its secured claim within seven (7) days of the date of this Order, and such claim shall be paid by the Chapter 13 trustee in accordance with the confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| /s/ Rebecca K. McDowell | /s/Thomas G. Egner |
|---|---|
| Rebecca K. McDowell, Esq. | Thomas G. Egner, Esq. |
| Saldutti Law Group | McDowell Law, P.C. |
| 800 Kings Highway North, Suite 300 | 46 W. Main St. |
| Cherry Hill, NJ 08034 | Maple Shade, NJ 08052 |
| (856) 324-5014 | (856) 482-5544 |
| rmcdowell@slgcollect.com | tegner@mcdowelllegal.com |
| Counsel for CBAC | Counsel for the Debtor |