| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor COOPERATIVE<br>BUSINESS ASSISTANCE CORPORATION |

Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

STEVEN W. BUZBY,

               Debtor.

Case No.:   19-20660-JNP

Chapter:    13

Hrg Date:

Judge:      Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: October 18, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Steven W. Buzby
Case No. 19-20660-JNP
Caption of Order: Consent Order to Allow Late Claim

This matter having come before the Court upon agreement of COOPERATIVE BUSINESS ASSISTANCE CORPORATION ("CBAC") and Debtor Steven W. Buzby; ("Debtor"); Debtor being indebted to CBAC on a claim secured by a mortgage on real property; Debtor having proposed to pay CBAC on its secured claim in his confirmed plan and the Chapter 13 trustee having placed a reserve on such claim; and Debtor having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that CBAC may file its secured claim within seven (7) days of the date of this Order, and such claim shall be paid by the Chapter 13 trustee in accordance with the confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| /s/ Rebecca K. McDowell | /s/Thomas G. Egner |
|---|---|
| Rebecca K. McDowell, Esq. | Thomas G. Egner, Esq. |
| Saldutti Law Group | McDowell Law, P.C. |
| 800 Kings Highway North, Suite 300 | 46 W. Main St. |
| Cherry Hill, NJ 08034 | Maple Shade, NJ 08052 |
| (856) 324-5014 | (856) 482-5544 |
| rmcdowell@slgcollect.com | tegner@mcdowelllegal.com |
| Counsel for CBAC | Counsel for the Debtor |

United States Bankruptcy Court
District of New Jersey

In re:  
Steven W. Buzby  
    Debtor

Case No. 19-20660-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 18, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.  
db          +Steven W. Buzby,    43 Beaver Drive,    Barrington, NJ 08007-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Rebecca K. McDowell     on behalf of Creditor    Cooperative Business Assistance Corp. rmcdowell@slgcollect.com  
         Thomas G. Egner     on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                    TOTAL: 7