Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-20660 (JNP)**

Steven W. Buzby  
43 Beaver Drive  
Barrington, NJ  08007

Monthly Payment: $1,500.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/03/2019 | $1,285.00 | 07/02/2019 | $1,285.00 | 08/02/2019 | $1,285.00 | 09/03/2019 | $1,500.00 |
| 10/02/2019 | $1,500.00 | 11/04/2019 | $1,500.00 | 12/03/2019 | $1,500.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN W. BUZBY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,112.00 | $4,112.00 | $0.00 | $4,112.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MTAG CUST FOR FIG CAPITAL INVESTMENTS NJ13, LLC | 24 | $21,736.82 | $622.57 | $21,114.25 | $448.94 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COOPERATIVE BUSINESS ASSISTANCE CORPORATION | 24 | $55,919.06 | $1,599.82 | $54,319.24 | $1,153.13 |
| 5 | DITECH FINANCIAL, LLC | 24 | $57,908.63 | $0.00 | $57,908.63 | $0.00 |
| 6 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 24 | $36,660.21 | $1,050.01 | $35,610.20 | $757.17 |
| 9 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | TFS CUST FOR FIG CAP INV NJ13 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAMDEN COUNTY MUA | 24 | $907.58 | $21.91 | $885.67 | $14.63 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 3.00 | $0.00 |
| 09/01/2019 | Paid to Date | $5,355.00 |
| 10/01/2019 | 56.00 | $1,500.00 |
| 06/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $9,855.00 |
| Total paid to creditors this period: | $6,485.87 |
| Undistributed Funds on Hand: | $1,658.58 |
| Arrearages: | $1,500.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**