UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> Steven W Buzby | Case No.: 19-20660 <br> Chapter: 13 <br> Judge: JNP |

## NOTICE OF PROPOSED PRIVATE SALE

_____Steven W. Buzby_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   U.S. Post Office and Courthouse
                        401 Market Street, 2nd Floor
                        Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable  Judge Jerrold N. Poslusny, Jr.
on  July 14, 2020  at  11  a.m. at the United States Bankruptcy Court, courtroom no.  4C  ,  400 Cooper St., 4th Floor, Camden, NJ 08101  . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   43 Beaver Drive, Barrington, NJ 08007

Proposed Purchaser:   Justin Burgess

Sale price:  $218,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Nick Alvini, Realtor
Amount to be paid:      Realtor = 6% or $13,080.00 (to be split with buyers agent)
Services rendered:      List, promote, show property and assist with sale of property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Thomas G. Egner, Esquire, McDowell Law, PC

Address: 46 West Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Steven W. Buzby
    Debtor

Case No. 19-20660-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Jun 18, 2020
                 Form ID: pdf905      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.

```
db              +Steven W. Buzby,    43 Beaver Drive,    Barrington, NJ 08007-1407
518268383       +Borough of Barrington,    Tax Office,    229 Trenton Ave,    Barrington, NJ 08007-1144
518560102        CAMDEN COUNTY MUA,    1145 FERRY AVE.,    CAMDEN, NJ 08104
518557975        Camden County MUA,    P.O Box 1105,    Bellmawr, NJ 08099-5105
518520319       +Cooperative Business Assistance Corporation,    c/o Saldutti Law Group,
                  800 Kings Highway N., Suite 300,    Cherry Hill, NJ 08034-1511
518268385       +Cooperative Business Corp,    328 Market St.,    Camden, NJ 08102-1524
518268386       +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518393625       #Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518343103       +Ditech Financial LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518268387       +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518268388       +Experian,    PO Box 4500,    Allen, TX 75013-1311
518268390       +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518657085        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518657086        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                  New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518270514       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518268391       +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245
518268392       +TFS Cust for FIG CAP INV NJ13,    PO Box 54472,    New Orleans, LA 70154-4472
518268393       +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:35     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:32     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 19 2020 00:07:10
                  Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
518294355        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 19 2020 00:07:10
                  AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                  Arlington, TX 76096
518268382       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 19 2020 00:07:10
                  AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518268384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 00:15:30     Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518268389       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 00:07:09     Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518394489        E-mail/Text: ar@figadvisors.com Jun 19 2020 00:07:57
                  MTAG Custodian for FIG Capital Investments NJ13, L,    PO Box 54472,
                  New Orleans Louisiana 70154-4472
                                                                                              TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Cooperative Business Assistance Corp.,    c/o Saldutti Law Group,
                  800 Kings Highway N., Suite 300,    Cherry Hill, NJ 08034-1511
518376846*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:    Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
518559146*       Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
                                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2020
                              Form ID: pdf905          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Rebecca K. McDowell    on behalf of Creditor    Cooperative Business Assistance Corp.
               rmcdowell@slgcollect.com
              Thomas G. Egner    on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```