Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−20660−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven W. Buzby
   43 Beaver Drive
   Barrington, NJ 08007

Social Security No.:
   xxx−xx−1273

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 4, 2019.

On 8/3/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                September 2, 2020
Time:                   10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 4, 2020
JAN: lgr

                                                                                        Jeanne Naughton
                                                                                        Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                    Case No. 19-20660-JNP
   Steven W. Buzby                                                        Chapter 13
             Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                 Date Rcvd: Aug 04, 2020
                               Form ID: 185                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db             +Steven W. Buzby,    43 Beaver Drive,    Barrington, NJ 08007-1407
518268383      +Borough of Barrington,    Tax Office,    229 Trenton Ave,    Barrington, NJ 08007-1144
518560102       CAMDEN COUNTY MUA,    1145 FERRY AVE.,    CAMDEN, NJ 08104
518557975       Camden County MUA,    P.O Box 1105,    Bellmawr, NJ 08099-5105
518520319      +Cooperative Business Assistance Corporation,     c/o Saldutti Law Group,
                 800 Kings Highway N., Suite 300,    Cherry Hill, NJ 08034-1511
518268385      +Cooperative Business Corp,    328 Market St.,    Camden, NJ 08102-1524
518268386      +Ditech,   Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518393625      #Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518343103      +Ditech Financial LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518268387      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518268388      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518268390     #+KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518657085       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518657086       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518270514      +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518268391      +State of New Jersey Division of Taxation,     Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518268392      +TFS Cust for FIG CAP INV NJ13,    PO Box 54472,    New Orleans, LA 70154-4472
518268393      +TransUnion,    PO Box 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 04 2020 23:10:00
                 Americredit Financial Services, Inc., d/b/a GM Fin,     4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518294355       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 04 2020 23:10:00
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518268382       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 04 2020 23:10:00
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518268384      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 23:17:35      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518268389      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 04 2020 23:09:56      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518394489       E-mail/Text: ar@figadvisors.com Aug 04 2020 23:10:46
                 MTAG Custodian for FIG Capital Investments NJ13, L,     PO Box 54472,
                 New Orleans Louisiana 70154-4472
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cooperative Business Assistance Corp.,    c/o Saldutti Law Group,
                 800 Kings Highway N., Suite 300,    Cherry Hill, NJ 08034-1511
518376846*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
518559146*      Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Aug 04, 2020
                              Form ID: 185             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor   New Residential Mortgage LLC
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Rebecca K. McDowell    on behalf of Creditor   Cooperative Business Assistance Corp.
               rmcdowell@slgcollect.com
              Thomas G. Egner    on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```