Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−20660−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven W. Buzby
   43 Beaver Drive
   Barrington, NJ 08007

Social Security No.:
   xxx−xx−1273

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      9/17/20
Time:      02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney

COMMISSION OR FEES
FEES: $1,155.00

EXPENSES
$45.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 17, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                 Case No. 19-20660-JNP
Steven W. Buzby                                                        Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                   Page 1 of 2           Date Rcvd: Aug 17, 2020
                               Form ID: 137                  Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db             +Steven W. Buzby,    43 Beaver Drive,    Barrington, NJ 08007-1407
518268383      +Borough of Barrington,    Tax Office,    229 Trenton Ave,    Barrington, NJ 08007-1144
518560102       CAMDEN COUNTY MUA,    1145 FERRY AVE.,    CAMDEN, NJ 08104
518557975       Camden County MUA,    P.O Box 1105,    Bellmawr, NJ 08099-5105
518520319      +Cooperative Business Assistance Corporation,     c/o Saldutti Law Group,
                 800 Kings Highway N., Suite 300,    Cherry Hill, NJ 08034-1511
518268385      +Cooperative Business Corp,    328 Market St.,    Camden, NJ 08102-1524
518268386      +Ditech,    Attn: Bankruptcy,    Po Box 6172,   Rapid City, SD 57709-6172
518393625      #Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518343103      +Ditech Financial LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518268387      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518268388      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518268390      #+KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518657085       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518657086       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518270514      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518268391      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518268392      +TFS Cust for FIG CAP INV NJ13,    PO Box 54472,    New Orleans, LA 70154-4472
518268393      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2020 00:30:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2020 00:30:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 18 2020 00:29:31
                 Americredit Financial Services, Inc., d/b/a GM Fin,     4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518294355       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 18 2020 00:29:31
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518268382       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 18 2020 00:29:31
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,    Arlington, TX 76096-3853
518268384      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 00:32:38      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
518268389      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 18 2020 00:29:17      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
518394489       E-mail/Text: ar@figadvisors.com Aug 18 2020 00:30:22
                 MTAG Custodian for FIG Capital Investments NJ13, L,     PO Box 54472,
                 New Orleans Louisiana 70154-4472
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cooperative Business Assistance Corp.,    c/o Saldutti Law Group,
                 800 Kings Highway N., Suite 300,    Cherry Hill, NJ 08034-1511
518376846*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,   Arlington, TX 76096)
518559146*      Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Aug 17, 2020
                               Form ID: 137                 Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Rebecca K. McDowell    on behalf of Creditor    Cooperative Business Assistance Corp.
               rmcdowell@slgcollect.com
              Thomas G. Egner    on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```