Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–20660–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven W. Buzby
   43 Beaver Drive
   Barrington, NJ 08007
Social Security No.:
   xxx–xx–1273
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr.
on:

Date:        10/1/20
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney

COMMISSION OR FEES
FEES: $1,155.00

EXPENSES
$45.00

---

If this is a chapter 13 case, the fees and expenses awarded:

   ☑        will not reduce the amount to be paid to general unsecured
            creditors under the plan.

   ☐        will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 27, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-20660-JNP
Steven W. Buzby                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin            Page 1 of 2            Date Rcvd: Aug 27, 2020
                                 Form ID: 137            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db              +Steven W. Buzby,   43 Beaver Drive,   Barrington, NJ 08007-1407
518268383       +Borough of Barrington,   Tax Office,   229 Trenton Ave,   Barrington, NJ 08007-1144
518560102        CAMDEN COUNTY MUA,   1145 FERRY AVE.,   CAMDEN, NJ 08104
518557975        Camden County MUA,   P.O. Box 1105,   Bellmawr, NJ 08099-5105
518520319       +Cooperative Business Assistance Corporation,   c/o Saldutti Law Group,
                  800 Kings Highway N., Suite 300,   Cherry Hill, NJ 08034-1511
518268385       +Cooperative Business Corp,   328 Market St.,   Camden, NJ 08102-1524
518268386       +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
518393625       #Ditech Financial LLC,   P.O. Box 12740,   Tempe, AZ 85284-0046
518343103       +Ditech Financial LLC,   Kevin G. McDonald, Esquire,   216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518268387       +Equifax Information Services,   PO Box 740241,   Atlanta, GA 30374-0241
518268388       +Experian,   PO Box 4500,   Allen, TX 75013-1311
518268390       #+KML Law Group, PC,   216 Haddon Ave.,   Suite 406,   Westmont, NJ 08108-2812
518657085        New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518657086        New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826,
                  New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518270514       +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518268391       +State of New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
                  Trenton, NJ 08695-0245
518268392       +TFS Cust for FIG CAP INV NJ13,   PO Box 54472,   New Orleans, LA 70154-4472
518268393       +TransUnion,   PO Box 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27    United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 28 2020 00:08:06
                  Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
518294355        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 28 2020 00:08:06
                  AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
                  Arlington, TX 76096
518268382       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 28 2020 00:08:06
                  AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
518268384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:14:08    Capital One,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518268389       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 00:08:03    Internal Revenue Service,
                  Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
518394489        E-mail/Text: ar@figadvisors.com Aug 28 2020 00:08:45
                  MTAG Custodian for FIG Capital Investments NJ13, L,   PO Box 54472,
                  New Orleans Louisiana 70154-4472
                                                                                          TOTAL: 8


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Cooperative Business Assistance Corp.,   c/o Saldutti Law Group,
                  800 Kings Highway N., Suite 300,   Cherry Hill, NJ 08034-1511
518376846*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                  (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
518559146*       Camden County MUA,   Po Box 1105,   Bellmawr, NJ 08099-5105
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin            Page 2 of 2          Date Rcvd: Aug 27, 2020
                             Form ID: 137           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Phillip Andrew Raymond    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Rebecca K. McDowell    on behalf of Creditor    Cooperative Business Assistance Corp.
           rmcdowell@slgcollect.com
          Thomas G. Egner    on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com,
           tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelle
           gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 10
```