Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on September 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Steven W. Buzby, | Case No. 19-20660-JNP |
|  | Hearing Date: September 22, 2020 at 11:00 AM |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**ORDER VACATING AUTOMATIC STAY, CO-DEBTOR STAY, DIRECTING TURNOVER OF ADEQUATE PROTECTION PAYMENTS BY THE TRUSTEE AND DIRECTING MOVANT TO MAKE FURTHER APPLICATION TO THE BANKRUPTCY COURT BEFORE SELLING REAL PROPERTY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 25, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

|   |   |
|---|---|
| Debtor: | Steven W. Buzby |
| Case No.: | 19-20660-JNP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY, CO-DEBTOR STAY, DIRECTING TURNOVER OF ADEQUATE PROTECTION PAYMENTS BY THE TRUSTEE AND DIRECTING MOVANT TO MAKE FURTHER APPLICATION TO THE BANKRUPTCY COURT BEFORE SELLING REAL PROPERTY** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay for an Order and Co-debtor Stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c) (the "Motion") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") with respect to the property commonly known as 43 Beaver Drive, Barrington, New Jersey 08007 (the "Property"), and Steven W. Buzby ("Debtor") having filed opposition thereto, and oral argument having been held, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights with respect to the Property;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the Property, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c);

5. The Trustee shall turnover to Movant any and all funds on hand paid by Debtor that were intended to be used as adequate protection payments for the benefit of Movant;

6. Unless the Debtor's bankruptcy is dismissed, Movant is prohibited from proceeding to sale of the Property without further leave of the Bankruptcy Court.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20660-JNP |
| Steven W. Buzby | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

**Recip ID         Recipient Name and Address**
db              + Steven W. Buzby, 43 Beaver Drive, Barrington, NJ 08007-1407

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

**Name**                        **Email Address**

Aleisha Candace Jennings
                    on behalf of Creditor New Residential Mortgage LLC ajennings@rasflaw.com

Denise E. Carlon
                    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
                    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com,
                    mortoncraigecf@gmail.com

Kevin Gordon McDonald

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Phillip Andrew Raymond
        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com
        mccallaecf@ecf.courtdrive.com

Rebecca K. McDowell
        on behalf of Creditor Cooperative Business Assistance Corp. rmcdowell@slgcollect.com

Thomas G. Egner
        on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com
        tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10