UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: STEVEN BUZBY

Case No.: 19-20660
Chapter: 13
Judge: JNP

## NOTICE OF PROPOSED PRIVATE SALE

_____Steven Buzby_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Post Office and Courthouse
401 Market Street, 2nd Floor
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Judge Jerrold N. Poslusny, Jr.__ on __December 22, 2020__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper St., 4th Floor, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   43 Beaver Drive, Barrington, NJ 08007

Proposed Purchaser:   John R. Burkhardt

Sale price:  $209,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Nick Alvini, Realtor

Amount to be paid:   Realtor = 6% plus $50.00 (to be split with buyers agent)

Services rendered:   List, promote, show property and assist with sale of property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Thomas G. Egner, Esquire, McDowell Law, PC

Address: 46 West Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-20660-JNP
Steven W. Buzby                                                                             Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Buzby, 43 Beaver Drive, Barrington, NJ 08007-1407 |
| 518268383 | + | Borough of Barrington, Tax Office, 229 Trenton Ave, Barrington, NJ 08007-1144 |
| 518560102 | | CAMDEN COUNTY MUA, 1145 FERRY AVE., CAMDEN, NJ 08104 |
| 518557975 | | Camden County MUA, P.O Box 1105, Bellmawr, NJ 08099-5105 |
| 518520319 | + | Cooperative Business Assistance Corporation, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518268385 | + | Cooperative Business Corp, 328 Market St., Camden, NJ 08102-1524 |
| 518268386 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 518393625 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518343103 | + | Ditech Financial LLC, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518268387 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518268388 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518268390 | #+ | KML Law Group, PC, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 518657085 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518657086 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518270514 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518268391 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518268392 | + | TFS Cust for FIG CAP INV NJ13, PO Box 54472, New Orleans, LA 70154-4472 |
| 518268393 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 24 2020 21:20:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518294355 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 24 2020 21:20:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518268382 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 24 2020 21:20:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518268384 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518268389 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2020 21:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| 518394489 | Email/Text: ar@figadvisors.com Nov 24 2020 21:21:00 | 19101-7346 MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
|---|---|---|

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cooperative Business Assistance Corp., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518376846 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518559146 | * | Camden County MUA, PO Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@rasflaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Cooperative Business Assistance Corp. rmcdowell@slgcollect.com |
| Thomas G. Egner | on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 26

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10