UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on December 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☐   Followed          ☐   Modified

The relief set forth on the
**ORDERED**.
**DATED: December 22, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly

known as _____, (the Real Property).

**IT IS** hereby **ORDERED** as follows:


1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract

of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are

otherwise avoided by court order. Until such satisfaction the real property is not free and clear of

liens.

3.  ☐    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a

request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the

following professional(s) may be paid at closing.

| |
|---|
| Name of professional: |
| Amount to be paid: |
| Services rendered: |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate

broker's commissions and attorney's fees for the Debtor's attorneys on further order of this

court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and

adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_____ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be

paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days

after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this

order.

9.  Other provisions:

   a.  The secured creditor's lien shall be paid in full at the closing of said sale based upon the payoff
       quote and in the event sale will result in less than a full payoff of secured creditor's lien, such short
       payoff is subject to the express approval of secured creditor.

   b.  Failure to complete any sale within 90 days of entry of this Order will result in any Order
       authorizing the sale to be deemed moot.

   c.  The 14 day stay of effectiveness of this order under Bankruptcy Rule 6004(h) is waived.  This
       Order shall be effective immediately upon its entry.

*rev.8/1/15*