Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on May 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Steven W. Buzby

Debtor(s)

Case No.: 19-20660 (JNP)

Hearing Date: 05/05/2021

Judge:    Jerrold N. Poslusny Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

DATED: May 5, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Steven W. Buzby
Case No.: 19-20660 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 03/24/2021, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $270.00 **for a period of 36 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $44,943.83 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Steven W. Buzby
Case No.: 19-20660 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

Total plan length of 60 months.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-20660-JNP
Steven W. Buzby  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: May 05, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

**Recip ID      Recipient Name and Address**
db      + Steven W. Buzby, 307 Kennedy Ave, Williamstown, NJ 08094-5438

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:**

**Name      Email Address**

Aleisha Candace Jennings
     on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com

Denise E. Carlon
     on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
     on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald
     on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 05, 2021 | Form ID: pdf903 | Total Noticed: 1

Phillip Andrew Raymond
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com
    mccallaecf@ecf.courtdrive.com

Rebecca K. McDowell
    on behalf of Creditor Cooperative Business Assistance Corp. rmcdowell@slgcollect.com

Thomas G. Egner
    on behalf of Debtor Steven W. Buzby tegner@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10