Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–20660–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven W. Buzby
   307 Kennedy Ave
   Williamstown, NJ 08094

Social Security No.:
   xxx–xx–1273

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 12/6/22 at 11:00 AM

to consider and act upon the following:

*126* – Certification in Opposition to Certification of Default (related document:125 Creditor's Certification of Default (related document:116 Motion for Relief from Stay re: 2015 Dodge Ram 1500. Fee Amount $ 188. filed by Creditor Americredit Financial Services, Inc., d/b/a GM Financial) filed by John R. Morton Jr. on behalf of Americredit Financial Services, Inc., d/b/a GM Financial. Objection deadline is 11/16/2022. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Americredit Financial Services, Inc., d/b/a GM Financial) filed by Thomas G. Egner on behalf of Steven W. Buzby. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Egner, Thomas)

Dated: 11/15/22

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court